# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| UNITED STATES OF AMERICA, | : | Case No. 3:13-PO-099 |
|---|---|---|
| Plaintiff, | : | |
| vs. | : | Chief Magistrate Judge Sharon L. Ovington<br>Magistrate Judge Michael J. Newman |
| JAMIE WOESTE, | : | |
| Defendant. | : | |

## ORDER OF TRANSFER

The above-captioned matter is hereby transferred from the docket of Chief Magistrate Judge Sharon L. Ovington to the docket of Magistrate Judge Michael J. Newman.

July 1, 2013

                                                  s/Sharon L. Ovington
                                                  Sharon L. Ovington
                                        Chief United States Magistrate Judge

July 1, 2013

                                                  Michael J. Newman
                                        United States Magistrate Judge